NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Brent H. Blakely (SBN 157292)
Michael Marchand (SBN 281080)
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JESSE GOLDEN, an individual | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| LFP IP, LLC a Delaware Limited Liability Company dba HUSTLER HOLLYWOOD; and DOES 1-10, inclusive  Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Jesse Golden _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JESSE GOLDEN | PLAINTIFF |
| LFP IP, LLC dba HUSTLER HOLLYWOOD | DEFENDANT |

8/11/2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Michael Marchand, Attorney for Plaintiff Jesse Golden

CV-30 (05/13)              NOTICE OF INTERESTED PARTIES