## Exhibit A

Leg Avenue, Inc.
19601 E. Walnut Drive South
City of Industry, CA 91748
Tel: (800) 578-1601   Fax: (877) 453-4329

Leg Avenue

## MODEL RELEASE AND CONSENT FORM

In exchange for valuable consideration, which I have received, I hereby irrevocably assign to Leg Avenue, Inc. and its legal representatives, successors, agents, assigns, and all persons or corporations acting with its permission ("Leg Avenue"), without restriction, without further compensation to me, and for any purpose whatsoever, the unrestricted rights to copyright, use, publish, sell, or distribute images of me which it has had taken this day, and the negatives, transparencies, prints, or digital information pertaining to them, in still, single, multiple, moving, streaming, or video format, in which I may be included in whole or in part, or composite, or distorted in form, or reproductions thereof, in color or otherwise, through any media existing now or in the future. I understand that Leg Avenue may use images of me to publicly endorse, market, or advertise the company and/or its products, including those sold under licensed trademarks, and acknowledge that this release expressly permits any such use.

I hereby waive any right that I may have to inspect or approve the finished product or any copy that may be used in connection with an image that Leg Avenue has had taken of me today.

I further release Leg Avenue and its photographers or videographers from any claims I may have for further remuneration or for libel, invasion of privacy, misappropriation of likeness, infliction of emotional distress, or any other action arising from or in connection with its use of the images it has taken of me today.

I acknowledge that today's photography session or appearance was conducted in a completely proper and professional manner and that I am willingly signing this release. I certify that I am not a minor (under the age of 18), and am free and able to give such consent.

| Date of Shoot: 10-5-11 + 10/6/11 | Location: house |
|---|---|

| Name: Jesse Golden | SSN: 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 |
|---|---|
| Address: 6338 W. 64th St. | |
| City: LA | State: CA | Zip: 90048 |
| Signature: [signed] | Date: 10-5-11 |

Rev. 12.17.09

**LEG AVENUE, INC.**

1645

| Vendor ID | Vendor Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| JESSE001 | Jesse Golden | 00000000000019057 | 10/6/2011 | 16455 |

| Invoice Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
|---|---|---|---|---|---|
| 100611 | 10/6/2011 | $5,000.00 | $5,000.00 | $0.00 | $5,000.00 |
| 10/5~6/11 Photo-Model | | $5,000.00 | $5,000.00 | $0.00 | $5,000.00 |
| 12 Hween Catalog | | | | | |

PRODUCT DLM108   USE WITH 91500 ENVELOPE   Deluxe For Business 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.   A

0208