UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GOLDEN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HH - ENTERTAINMENT, INC., a California Corporation; and DOES 1-10, inclusive<br><br>　　　　　　Defendants. | CASE NO.  CV 14-06277 JAK (VBKx)<br><br>**ORDER GRANTING DISMISSAL OF ALL CLAIMS OF THIS ACTION WITH PREJUDICE**<br><br>**JS-6**<br><br>**Hon. John A. Kronstadt** |
| Related Claims. | |

**IT IS HEREBY ORDERED** by and amongst the parties, through their respective attorneys of record, that all claims to this action be dismissed *with* prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and

1  costs associated with this action. **IT IS FURTHER ORDERED** that the jurisdiction
2  of this Court is retained for the purpose of making any further orders necessary or
3  proper for enforcement of the settlement between the parties.

5  DATED:  June 25, 2015            By:  _____
6                                              Hon. John A. Kronstadt
                                               **United States District Judge**